#4

NcFeelNoIff

15B6IMR

United States District Court
Western District of Pennsylvania

Presbyterian Church USA;
David Rothrock;
Harold Glass,
 Plaintiffs,

RECEIVED
JUN 26 2014
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Case No.
14-0842

v.

State of Israel; Jewish synagogue;
Antiochus of Syria; Temple of Jerusalem;
Menorah; Manya Shochat; Balfour Declaration;
Hanukkah, Baron Rothschild,
 Defendants

Emergency Restraining Order
42 USC 1983 / 28 USC 1331

I Harold Glass face danger. Jewish Banks control the Universe. The Holocaust was a hoax, something me Mr. Glass and Mr. Rothrock disagree on, but we are still friends. Zionist run our lives I, Mr. Glass don't like it, but my friend Mr. Rothrock does. I, Mr. Glass believe Israel is a breeding ground for Sabra's, like modern day Spartans Jerusalem gave Jesus Christ tainted

bath water and he wasn't allowed to use Zionist spring soap, he had to use Irish spring soap while he had to take a bath, I do agree Jesus was a filthy human pig, me and Mr. Rothrock do agree sometimes. Also I must mention me and Mr. Rothrock did use the cross of Christ as a dildo and we penetrated each other in our collective colons. And Moses didn't split the red sea, he popped are anal cherries. We like to seek $17,613,000.00 in rectal damages. + African Diamonds.

Respectfully,

Harold Glass
KY 7989
SCI-BENNER

David Rothrock
KY 7256
301 Institution Dr.
Bellefonte, PA 16823

presbyterian Church
7956 Jones Brad Dr
Mclean, VA 22108

Amended Complaint

I come forth as David Rothrock, a proud Zionist and Hasidic Jew and Harold Glass a sectarian. My following is a ta'ateek. This is a complete ta'atoo. I do not accept any of these passive Christian crusading copycats, I am appalled to even acknowledge them as full humans. This is a preliminary tsau against these goyim. If I have to I will raise an tseva'ot against these sub-human gentiles and call it operation "Wipe out the Worms". I David Rothrock am a direct descendant of the late Baron Rothschild. I am appalled of these unintelligent Christian Masses who are so retarded they call the Last Supper, no it was Pesach/Passover. Jesus was a Jew who broke the Sabbath and here you got generation after generation praying to a coward dead guy. Who runs this world we do, the Jews do and that's why there is Anti-Semitism. Don't hate us because we, the Jews are the best team, 500-0, just participate being

part of our cattle. You the Non-Jews are just like the Black race always crying White Man. Point Blank stop being sore losers (Blacks + Gentiles alike) either stop crying or work and study; simple as that. This respectfully is my verdict/ haredi order. We seek reshaping us